FILED: January 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4533
(4:11-cr-00065-F-1)
_____

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

v.

EZEKIEL DONJA GARDNER,

    Defendant – Appellant.

_____

O R D E R

_____

Upon consideration of appellant's motion for leave to file supplemental brief, the court grants the motion, suspends the existing briefing schedule, and grants appellant leave to file a supplemental brief addressing whether the Armed Career Criminal Act's residual clause is unconstitutionally vague. The supplemental brief shall be filed within 21 days of this order.

Upon consideration of appellant's unopposed motion to place case in

abeyance pending a decision by the United States Supreme Court in <u>Johnson v. United States</u>, No. 13-7120, the court grants the motion. This case will be placed in abeyance following the filing of the appellant's supplemental brief. The parties shall notify this court in writing when the Supreme Court has issued the decision in <u>Johnson</u>.

                                  For the Court

                                  <u>/s/ Patricia S. Connor, Clerk</u>