No. 14-4533

In The
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

EZEKIEL DONJA GARDNER,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of North Carolina

**APPELLANT'S MOTION TO STRIKE PRIOR BRIEFS AND FILE
AMENDED OPENING BRIEF**

Appellant Ezekiel Gardner respectfully requests that this Court strike his December 1, 2014 opening brief (DE 22) and his January 29, 2015 (DE 34) supplemental brief, and grant him leave to file a single, amended opening brief. This motion is brought in the interest of streamlining the briefing in this case, and making this Court's review and disposition of this appeal more efficient. This motion will not prejudice any party.

In support of this motion, Mr. Gardner shows unto the Court:

1. On October 16, 2013, Mr. Gardner was convicted of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, in the United States District Court for the Eastern District of North Carolina.

2. On July 1, 2014, the district court sentenced Mr. Gardner, pursuant to the residual clause of the Armed Career Criminal Act, 18 U.S.C. § 924(e) ("ACCA"), to a term of imprisonment of two-hundred-sixty-two months.

3. Mr. Gardner timely gave notice of appeal of the final judgment to this Honorable Court.

4. Mr. Gardner timely filed his opening brief on December 1, 2014.

5. On January 9, 2015, after Mr. Gardner filed his opening brief but before the government filed its responsive brief, the Supreme Court ordered reargument in *Johnson v. United States*, No. 13-7120. The *Johnson* Court, *sua sponte*, ordered the parties to brief and argue whether the "residual clause" of the Armed Career Criminal Act was unconstitutionally vague.

6. On Mr. Gardner's motion, this case was then placed in abeyance pending the decision in *Johnson*, and Mr. Gardner was permitted to file a supplemental opening brief on the issue of the constitutionality of the ACCA's residual clause.

7. Mr. Gardner filed a supplemental brief addressing the constitutionality of the ACCA's residual clause on January 29, 2015. (DE 34)

8. On June 26, 2015, the Supreme Court issued its opinion in *Johnson*, which held that the residual clause was unconstitutionally vague.

9. On June 30, 2015, this Court entered a briefing order. (DE 37) The briefing order requires Mr. Gardner to file an additional supplemental brief by July 21, 2015, and for the government to file a responsive brief by August 21, 2015.

10. In the present posture, the Court will potentially receive and be asked to review five briefs: an opening brief, two supplemental briefs, the government's response brief, and, potentially a reply brief.

11. Mr. Gardner would like to consolidate the opening brief and the two supplemental briefs into a single, streamlined opening brief.

12. Mr. Gardner therefore requests that the Court strike his prior opening brief (DE 22) and supplemental brief (DE 34), and allow him to file a single amended opening brief in lieu of an additional supplemental brief.

13. Mr. Gardner does not request any additional time beyond that which is granted in the existing briefing order, nor does he request an expansion of the word limit. In fact, counsel for Mr. Gardner anticipates that an amended brief would be shorter than the existing opening brief.

14. Mr. Gardner does not request leave to file a corrected Joint Appendix.

15. This request is made in the interest of streamlining the filings and making the Court's review and disposition of this appeal more efficient. If this

motion is granted, the Court will be left with just a single, amended opening brief for its review and consideration, as opposed to an opening brief and two supplemental briefs.

16. Since the government has not yet responded to any of Mr. Gardner's briefing, the requested relief will in no way prejudice the government. In fact, the requested relief should make a response less cumbersome for the government.

17. Counsel for Mr. Gardner requested the consent of the Assistant United States Attorney assigned to this appeal by voicemail and email on July 1, 2015. As of this filing, the Assistant United States Attorney assigned to this appeal has not responded to undersigned counsel's requests for consent.

WHEREFORE, appellant Ezekiel Gardner respectfully requests that this Honorable Court:

1. Strike Mr. Gardner's December 1, 2014 opening brief and his January 29, 2015 supplemental brief, and grant him leave to file a single, amended opening brief;

2. for such other and further relief as this Honorable Court deems proper.

Respectfully submitted, this the 2nd day of July, 2015.

/s/ W. Michael Dowling
W. Michael Dowling
Attorney for Defendant
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P.
1600 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Telephone: (919) 839-0300
Fax: (336) 232-9223
mdowling@brookspierce.com
State Bar No. 42790

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following parties of record in this matter by the CM/ECF system, which will send notice of such filing to the following registered CM/ECF user:

Phillip Rubin
Assistant United States Attorney
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601

Respectfully submitted, this the 2nd day of July, 2015.

/s/ W. Michael Dowling
W. Michael Dowling
Attorney for Defendant
BROOKS, PIERCE, MCLENDON, HUMPHREY &
 LEONARD, L.L.P.
1600 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Telephone: (919) 839-0300
Fax: (336) 232-9223
mdowling@brookspierce.com
State Bar No. 42790